# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL L. CRISPELL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 18-1063 |
| ) | Chief Judge Mark Hornak/ |
| v. ) | Magistrate Judge Maureen P. Kelly |
| ) | |
| JOHN E. WETZEL, SHIRLEY MOORE- ) | |
| SMEAL, TREVOR WINGARD, ROBERT ) | |
| GILMORE, and MICHAEL ZAKEN, ) | Re: ECF No. 2 |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

The above-captioned prisoner civil rights action was received by the Clerk of Court on August 15, 2018, and was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation, ECF No. 17, filed on December 21, 2018, recommended that Plaintiff's Motion for Preliminary Injunction, ECF No. 2, be denied as moot. Service was made on the Plaintiff at her address of record. Plaintiff was given until January 4, 2019 by which to file objections. Plaintiff did not file any objections.

In light of the foregoing, we order the following.

After consideration of the Preliminary Injunction Motion, and de novo review of the Report **IT IS HEREBY ORDERED** that Plaintiff's Preliminary Injunction Motion is DENIED as moot.

**IT IS FURTHER ORDERED** the Report and Recommendation, ECF No. 17, filed on December 21, 2018, by Magistrate Judge Kelly, is adopted as the opinion of the court.

By the Court:

Mark R. Hornak
Chief United States District Judge

Dated: January 9, 2019

cc: The Honorable Maureen P. Kelly
United States Magistrate Judge

DANIEL L. CRISPELL
BH 8972
SCI GREENE
175 Progress Drive
Waynesburg, PA 15370

All counsel of record via CM-ECF